IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIRST PREMIER CAPITAL LLC | ) | |
| | ) | Case No. 1:11-CV-237 |
| Plaintiff, | ) | |
| | ) | Chief Judge Sandra S. Beckwith |
| v. | ) | |
| | ) | **JOINT DISCOVERY PLAN** |
| VONLEHMAN & COMPANY, INC., | ) | |
| BRIAN MALTHOUSE and | ) | |
| BRANDON POWERS | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT DISCOVERY PLAN**

NOW COME Plaintiff FIRST PREMIER CAPITAL LLC ("FPC") and Defendants VONLEHMAN & COMPANY, INC. ("VonLehman"), BRIAN MALTHOUSE ("Malthouse") and BRANDON POWERS ("Powers") (collectively, the "Defendants"), by and through their respective counsel, and hereby jointly submit to the Court this Joint Discovery Plan, pursuant to the Court's Trial Procedure Order. The parties conducted their discovery conference on June 27, 2011.

**A. MAGISTRATE JUDGE CONSENT**

The Parties do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

**B. RULE 26(a) DISCLOSURES**

The Parties will exchange pre-discovery disclosures required by Rule 26(a)(1) by July 22, 2011.

## C. DISCOVERY ISSUES AND DATES

1. Discovery will need to be conducted on the issues of: (1) whether the Defendants are liable to FPC for professional negligence; (2) any defenses Defendants may assert; and (3) whether Third Party Defendants are liable to FPC and/or Defendants for their alleged tortious acts.

2. The parties recommend that discovery need not be bifurcated.

3. Disclosure and report of Plaintiff's expert(s) by January 16, 2012

4. Disclosure and report of Defendants' expert(s) by February 16, 2012

5. Disclosure and report of rebuttal expert(s) by March 1, 2012

6. Disclosure of non-expert (fact) witnesses by January 16, 2012

7. Discovery cutoff: April 16, 2012

8. Anticipated discovery problems: None at this time.

## D. LIMITATIONS ON DISCOVERY

Changes in the limitations on discovery: None.

## E. PROTECTIVE ORDER

The parties currently do not anticipate the need for a protective order. If the parties subsequently deem that one is necessary, they will submit a joint proposed order to the Court. Such order will be in compliance with *Procter & Gamble Co. v. Bankers Trust Co.,* 78 F. 3d 219 (6th Cir. 1996).

## F. SETTLEMENT

A settlement demand has been made. A response has been made.

## G. MOTION DEADLINES

1. Motion to amend the pleadings and/or add parties by November 1, 2011.

2. Motions relative to the pleadings by January 16, 2012.

3. Dispositive motions by May 7, 2012.

**H. OTHER MATTERS PERTINENT TO MANAGEMENT OF THIS LITIGATION**

Defendants filed a Third Party Complaint on May 23, 2011.  Two Third Party Defendants, George Ferguson and Machine Tools Direct, Inc., have responded through counsel, indicating that they have filed for bankruptcy.  The remaining seven Third Party Defendants have not replied.

                          FIRST PREMIER CAPITAL LLC

              By: /s/ Gregory D. Delev

                    Gregory D. Delev
                    Delev Williams, LLC
                    1050 Delta Avenue
                    Suite 1000
                    Cincinnati, Ohio 45208
                    513/621-0930
                    513/562-8822 (Facsimile)
                    gdelev@delevwilliams.com

                    Alex Darcy
                    Debra Devassy Babu
                    Askounis & Darcy, PC
                    401 N. Michigan Ave.
                    Suite 550
                    Chicago, Illinois 60611
                    312/784-2400
                    312/784-2410 (Facsimile)
                    adarcy@askounisdarcy.com
                    ddevassy@askounisdarcy.com

                    *Attorneys for Plaintiff*

VONLEHMAN & COMPANY, INC., BRIAN MALTHOUSE and BRANDON POWERS

By: /s/ Steven Hengehold

Steven Hengehold
Rendigs, Fry, Kiely & Dennis, LLP
1 West Fourth Street
Suite 900
Cincinnati, Ohio 45202
513/381-9200
513/381-9206 (Facsimile)
sdh@rendigs.com

*Attorneys for Defendants*